# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07CR3-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **MERRILL RUPPE.** ) | |
| _____ ) | |

**THIS MATTER** is before the court upon the direction of the district court, which has, *sua sponte*, determined that the court's Plea Deadline should be dissolved in this particular matter and has directed entry of this Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Plea Deadline is **DISSOLVED**.

Dennis L. Howell
United States Magistrate Judge

Signed: November 13, 2007