IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

FILED
ASHEVILLE, N.C.

MAR 1 2 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:07cr03-1 |
| ) | |
| MERRILL RUPPE ) | |

## ORDER

The matter is before the Court on the government's motion to dismiss the indictment returned in this case against defendant Merrill Ruppe.

For good cause shown,

It is hereby **ORDERED** that the government's motion is **GRANTED** and the indictment in this matter is hereby **DISMISSED** against defendant Merrill Ruppe.

The Clerk is directed to send a copy of this Order to the Probation Office and all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

March 12, 2008
Alexandria, VA